955 A.2d 343

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Percy THOMPSON, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 11, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 11th day of August, 2008, the Petition for Allowance of Appeal is hereby **GRANTED.** The issues, reworded for clarity, are:

1. Whether the initial seizure and immediately ensuing search lacked probable cause and whether the lower courts applied erroneous standards to judge the constitutionality of police conduct.

2. Whether *per curiam* decisions of this Court specifically citing *Commonwealth v. Banks,* 540 Pa. 453, 658 A.2d 752 (1995), are precedential and controlling authority.